IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Janet Spencer and Sara Popenhagen, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 19-cv-7404 |
| | ) | |
| v. | ) | Judge John Z. Lee |
| | ) | |
| Kevin Austin, Gerald McGillian and | ) | |
| The University of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiffs' Unopposed Motion *Instanter* for Leave to File a Consolidated Brief in Response to Defendants' Two Motions to Dismiss**

Plaintiffs Janet Spencer and Sara Popenhagen, by and through their attorneys, move for leave to file a consolidated brief in response to defendants' two motions to dismiss. In support of this motion they state:

1. Defendants filed two motions to dismiss. One was filed by The University of Chicago (ECF 12-13), and the second was filed by defendants Kevin Austin and Gerald McGillian (DE 15-16). Defendants briefing consisted of a total of 32 pages.[1]

2. Plaintiffs seek to file a consolidated brief for reasons of efficiency. By consolidating their responses, they were able to limit their brief to a 22 pages.

3. Defendants do not oppose this motion.

WHEREFORE, plaintiffs respectfully request leave to file a consolidated brief in response to defendants' two motions to dismiss.

---

[1] The University of Chicago filed an unopposed motion to file an oversize brief instanter, which this Court granted.

Respectfully submitted,

JANET SPENCER and
SARA POPENHAGEN

/s/Johanna J. Raimond
By their Attorney

Johanna J. Raimond
Law Offices of Johanna J. Raimond Ltd.
431 S. Dearborn, Ste. 1002
Chicago, Illinois 60605
Telephone: (312) 235-6959
Fax: (312) 469-8302
jraimond@raimondlaw.com

**Certificate of Service**

On February 14, 2020, the undersigned, an attorney, certifies that the foregoing was served through the ECF system of the United States District Court for the Northern District of Illinois on all counsel of record.

/s/ Johanna J. Raimond